

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT,
IN AND FOR MARION COUNTY, FLORIDA

CASE NO.: 13-1010-CA G

DONALD MCTAGGART, JR. and
HEATHER MCTAGGART,

    Plaintiffs,

v.

LEWIS TREE SERVICE, INC. and
HERIBERTO HEREDIA, JR.,

    Defendants.
_____/

## COMPLAINT

Plaintiffs, DONALD MCTAGGART, JR., (called "Mr. McTaggart" herein), and HEATHER MCTAGGART (called "Mrs. McTaggart" herein), sue Defendants, LEWIS TREE SERVICE, INC. (called "Lewis Tree Service, Inc." herein) and HERIBERTO HEREDIA, JR. (called "Mr. Heredia" herein), and say:

1. This is an action for damages that exceeds $15,000.00.

2. Plaintiffs are residents of Marion County, Florida.

3. Lewis Tree Service is a Florida Corporation that conducts business in Marion County, Florida.

4. Mr. Heredia is a resident of Marion County, Florida, and was, at all times relevant to this action, an employee of Lewis Tree Service, Inc. acting within the course and scope of his employment.

5. On or about November 4, 2011, Lewis Tree Service, Inc. owned a motor vehicle ("vehicle" herein) that was operated with its consent by Defendant, Mr. Heredia, on US 301 in Marion County, Florida.

6. At that time and place, Mr. Heredia negligently operated or maintained the vehicle so that it collided with Mr. McTaggart's motor vehicle.

7. As a result, Mr. McTaggart suffered bodily injury and resulting pain and suffering,

disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Mr. McTaggart will suffer losses in the future. Plaintiffs' automobile was damaged and they lost the use of it during the period required for its repair or replacement.

8. Mrs. McTaggart, who is Mr. McTaggart's wife, has lost the comfort, services, companionship, and consortium of Mr. McTaggart and the losses are either permanent or continuing.

WHEREFORE, Mr. and Mrs. McTaggart demand judgment for damages against Lewis Tree Service, Inc. and Mr. Heredia, costs of this action, pre-judgment and post-judgment interest, and trial by jury. Abraham C. Banks, as counsel for Plaintiffs, Donald McTaggart, Jr. and Heather McTaggart, hereby designates, pursuant to Rule 2.516, *Fla. R. Jud. Admin.*, the following e-mail addresses for the purpose of service of all documents required to be served in this proceeding:

Primary Electronic Mail Address:     abe.banks@ayresclusterlaw.com
Secondary Electronic Mail Addresses: stacy.seling@ayresclusterlaw.com
                                     service@ayresclusterlaw.com

AYRES, CLUSTER, CURRY, McCALL,
COLLINS & BANKS, P.A.

By: _____
Abraham C. Banks
Florida Bar No.: 020668
21 Northeast First Avenue
Ocala, Florida 34470
(352) 351-2222
(352) 351-0312 facsimile
Attorneys for Plaintiff
Email: abe.banks@ayresclusterlaw.com